IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Frederick Green, | ) | C/A NO. 2:05-2767-CMC-RSC |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Jon Ozmint, Director of SCDC; John Doe, "Responsible Official" for SCDC; Oscar Faulkenberry, Warden of Kershaw Correctional Institution; NFN Price Sergeant at Kershaw Correctional Institution, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's *pro se* complaint. This case was filed while Plaintiff was incarcerated in the South Carolina Department of Corrections. Plaintiff has subsequently been released.

On December 11, 2006, this court ordered Plaintiff to indicate by Friday, December 22, 2006, whether he wished to continue to prosecute this action, and that failure to communicate with this court would result in the dismissal with prejudice of this action.

This court has received no response from Plaintiff. Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
December 28, 2006

C:\Documents and Settings\Guest\Local Settings\Temp\notesFFF692\05-2767 Green v. Ozmint e dismissing case with prejudice for failure to prosecute.wpd